No. 6,165.—L. C. STEVENSON, APPELLANT, v. CLAIRE S. STEVENSON, RESPONDENT.

*Appeal from District Court, Cascade County; Charles S. Hartman, Judge.*

Decided September 19, 1927.

PER CURIAM.—The appeal in the above-entitled cause is dismissed in accordance with motion of counsel for appellant.

*Mr. Homer G. Murphy* and *Mr. W. F. O'Leary,* for Appellant.

---

No. 6,166.—L. C. STEVENSON, APPELLANT, v. CLAIRE S. STEVENSON, RESPONDENT.

*Appeal from District Court, Cascade County; Charles S. Hartman, Judge.*

Decided September 19, 1927.

PER CURIAM.—The appeal in the above-entitled cause is dismissed pursuant to motion of counsel for appellant.

*Mr. Homer G. Murphy* and *Mr. W. F. O'Leary,* for Appellant.